UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:13-CR-100-2BO
No. 5:16-CV-553-BO

| | | |
|---|---|---|
| WILLIAM FRANKLIN BYFORD, III | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

For good cause having been shown upon the Motion of the respondent, it is hereby ORDERED that respondent be allowed to file a response out of time and that respondent's Motion to Stay is deemed timely filed.

SO ORDERED this ___ day of September, 2016.

TERRENCE W. BOYLE
United States District Judge